**FILED**

**MAR 29 2023**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

# United States Bankruptcy Court
## For The District Of

In re

Case No. 23-0087

Rita Browner

Debtor(s).

## COVER SHEET FOR LIST OF CREDITORS

I hereby certify under penalty of perjury that the attached List of Creditors, which consists of ___1___ pages, is true, correct and complete to the best of my knowledge.

Date: 3/29/23

_____
Debtor

_____
Joint Debtor

**U.S. Bankruptcy Court Mailing Matrix Form**

1. LATONYA GRIFFIN
   3213 DOYCRON Ct
   Baltimore, MD 21207

2. ANTON L. Iamele
   201 North Charles St Ste 400
   Baltimore, Maryland 21201-4111

3.

4.

5.

6.

7.

8.